IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00521-WJM-MJW

CIVILITY EXPERTS WORLDWIDE,

Plaintiff,

v.

MOLLY MANNERS, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendant Molly Manner, LLC's Stipulated Motion for Protective Order (docket no. 70) is DENIED WITHOUT PREJUDICE for the following reasons.  Defendant Molly Manner, LLC filed the subject motion (docket no. 70) which also includes the actual Protective Order with the subject motion (docket no. 70).  Counsel are advised that they need to file the Motion for Protective Order and attach as an exhibit to the Motion for Protective Order the actual Protective Order.  Counsel are further advised that they should consult with Fed. R. Civ. P. 26(c) and D.C.COLO.LCivR 7.2 before refiling the subject motion.

Date: July 21, 2015