IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00521-WJM-MJW

CIVILITY EXPERTS WORLDWIDE,

Plaintiff,

v.

MOLLY MANNERS, LLC,
APRIL ROLLINS,
LOYCE RIGGANS,
ALISON SMITH,
FELICIA KNOWLES,
SHANNON COMBS, and
MONIKA VIRTA-GUPTA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Molly Manners, LLC's Motion for Leave to Amend Counterclaim Against Plaintiff/Counterclaim Defendant Civility Experts Worldwide (Docket No. 160) is GRANTED, finding no opposition from Plaintiff/Counterclaim Defendant; and

- Molly Manners, LLC's First Amended Countclaim Against Plaintiff/Counterclaim Defendant Civility Experts Worldwide (Docket No. 161-1) is hereby ACCEPTED FOR FILING.

Date: October 23, 2015