IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00521-WJM-MJW

CIVILITY EXPERTS WORLDWIDE,

Plaintiff,

v.

CATHY HULSOF,
APRIL ROLLINS, and
TANYA MACLIN,

Intervenor Plaintiffs,

v.

MOLLY MANNERS, LLC,
FELICIA KNOWLES,
SHANNON COMBS, and
MONIKA VIRTA-GUPTA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In light of the dismissal of Alicia Leverette from this lawsuit (see Docket Nos. 231 & 232), it is hereby ORDERED that Alicia Leverette's Motion and Memorandum for Leave to Amend (Docket No. 216) is DENIED AS MOOT.

Date: January 13, 2016