IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00521-WJM-MJW

CIVILITY EXPERTS WORLDWIDE,

Plaintiff,

v.

CATHY HULSOF,
APRIL ROLLINS, and
TANYA MACLIN,

Intervenor Plaintiffs,

v.

MOLLY MANNERS, LLC,
FELICIA KNOWLES,
SHANNON COMBS, and
MONIKA VIRTA-GUPTA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that:

- Civility Experts Worldwide's Motion and Memorandum for Leave to Amend **(Docket No. 215) is GRANTED** and that the proposed Amended Reply to Molly Manners, LLC's Amended Counterclaim **(Docket No. 215-1) is ACCEPTED FOR FILING**;

- Cathy Hulshof's Motion and Memorandum for Leave to Amend **(Docket No. 217) is GRANTED** and that the proposed Amended Reply to Molly Manners, LLC's Amended Counterclaim **(Docket No. 217-1) is ACCEPTED FOR FILING**;

- Tanya Maclin's Motion and Memorandum for Leave to Amend **(Docket No. 218) is GRANTED** and that the proposed Amended Reply to Molly Manners, LLC's Amended Counterclaim **(Docket No. 218-1) is ACCEPTED FOR FILING**;

- April Rollins's Motion and Memorandum for Leave to Amend **(Docket No. 219) is GRANTED** and that the proposed Amended Reply to Molly Manners, LLC's Amended Counterclaim **(Docket No. 219-1) is ACCEPTED FOR FILING**; and

- Molly Manners LLC's Motion Pursuant to D.C.COLO.LCivR 7.2 to Restrict Public Access to Certain Exhibits **(Docket No. 212) is GRANTED IN PART and DENIED IN PART**. More specifically:

    - The Clerk of Court is **DIRECTED TO RESTRICT AT LEVEL 1: Docket No. 207-3; 207-5; and 207-9**. The Court finds that the parties' interests in restricting access outweighs the presumption of public access.

    - The motion is denied in all other respects.

As to the motions for leave to amend, Defendant Molly Manners LLC correctly points out that the deadline for amending pleadings has passed and that none of the moving parties have expressly addressed the applicable standards under Fed. R. Civ. P. 16(b). However, the moving parties do note that they bring their motions promptly upon discovering the factual basis for the amendments, an argument that does speak to due-diligence standard under Rule 16(b). Further, beyond pointing out the missed deadline, Defendant Molly Manners LLC takes no position on the motions, thereby confessing them. Accordingly, the motions are granted.

Date: January 21, 2016